■ The People of the State of New York, Respondent, v William Paige, Appellant. [703 NYS2d 720] —Judgment, Supreme Court, Bronx County (Lawrence Bernstein, J.), rendered October 8, 1997, convicting defendant, after a non-jury trial, of manslaughter in the second degree, and sentencing him to a term of 3³/₄ to 11¹/₄ years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was

not against the weight of the evidence. The People disproved beyond a reasonable doubt defendant's justification defense, since the evidence amply established that defendant could not have "reasonably believe[d]" that deadly physical force was necessary "to prevent or terminate the commission or attempted commission of [a] burglary" (Penal Law § 35.20 [3]). Concur—Rosenberger, J. P., Mazzarelli, Ellerin, Rubin and Andrias, JJ.